ARTHUR F. SCHOENROCK, APPELLEE, V. AMERICAN INDEM-NITY ASSOCIATION, APPELLANT.

FILED MARCH 2, 1932. No. 28074.

*Donelson & Gaughan,* for appellant.

*Denney & Denny, contra.*

Heard before ROSE, DEAN, GOOD and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.

Plaintiff brought this action in the district court for Jefferson county on a policy of accident insurance. From a judgment in favor of plaintiff defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.